AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Yahoo! INC. HEADQUARTERED
701 FIRST AVENUE
SUNNYVALE, CALIFORNIA

(Further described below)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
MAR 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-122M

I __John Edward Marsh__ being duly sworn depose and say:

I am a(n) __Criminal Investigator with the United States Attorney's Office__ and have reason to believe
(Official Title)
that war123 (name, description and or location)
Yahoo! Inc. Headquartered at 701 First Avenue, Sunnyvale, California

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
evidence, fruits, and instrumentalities of the crime of distribution and possession of child pornography, as more fully spelled out the in the attached application with is incorporated by reference

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
SEE ATTACHMENT

concerning a violation of Title __18__ United States Code, Section(s) __§ 2552 and 2252A__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

Catherine Connelly
Federal Major Crimes Section
(202) 616-3384

Signature of Affiant
John Edward Marsh, Criminal Investigator
United States Attorney's Office

Sworn to before me, and subscribed in my presence

__3/15/06__
Date

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer