AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Yahoo! INC. HEADQUARTERED
701 FIRST AVENUE
SUNNYVALE, CALIFORNIA

**SEARCH WARRANT**

CASE NUMBER: 06-122 M

TO:  John Edward Marsh  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Criminal Investigator John Edward Marsh  who has reason to believe that war456 (name, description and or location)

Yahoo! Inc. Headquartered at 701 First Avenue, Sunnyvale, California

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

evidence, fruits, and instrumentalities of the crime of distribution and possession of child pornography, as more fully spelled out the in the attached application with is incorporated by reference

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  3/25/06
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

3/15/06                                       at Washington, D.C.
Date and Time Issued
John M. Facciola
U.S. Magistrate Judge

Name and Title of Judicial Officer        Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3-15-06 | DATE AND TIME WARRANT EXECUTED<br>3-16-06 0900 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>David Boss |

INVENTORY MADE IN THE PRESENCE OF
  Yahoo Compliance Case Assistant Thomas Sacco, Files reviewed by John Marsh

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

```
User Profiles
dates, times and Internet Protocol Addresses for log-in attempts
Yahoo Messenger friend's lists
Yahoo Address Book,
in regard to Accounts: xdb2, xdbiiiiiiiiiiiiiiiiiiiiiiiiiii, and dick face.
```

**FILED**

MAR 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _John Marsh_

Subscribed, sworn to, and returned before me this date.

_John Facola_                                            03/22/06
U.S. Judge or U.S. Magistrate Judge                      Date