UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In the Matter of the Search of** | : | Case No.  06-122m |
| **Yahoo! Inc. Headquartered** | : | |
| **701 First Avenue** | : | |
| **Sunnyvale, California** | : | Filed Under Seal |

## MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the above captioned case, and as grounds states that the Application, Search Warrant, Affidavit, Return and related receipts were sealed in this case, on or about March 15, 2006, at the request of the government, because of an ongoing investigation.  That investigation has concluded, and there is no longer a reason to keep the file sealed.  Therefore, the government submits that the above captioned case should be unsealed.

WHEREFORE, the government respectfully requests that the above-captioned case be unsealed.

        Respectfully submitted,

        Catherine K. Connelly
        Assistant United States Attorney
        Major Crimes Section, Mass.  Bar No. 649430
        555 4th Street, N.W.  #4844
        Washington, DC 20001
        (202)616-3384; Fax: 353-9414