**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In the Matter of the Search of** | : | **Case No. 06-122m** |
| **Yahoo! Inc. Headquartered** | : | |
| **701 First Avenue** | : | |
| **Sunnyvale, California** | : | **Filed Under Seal** |

## ORDER

Upon consideration of the Government's Motion to Unseal, and the entire record herein, it is this _____day of April, 2006,

ORDERED, that the record shall be unsealed, that is, the Application, Search Warrant, Affidavit, Return, and receipts.

_____
United States Magistrate Judge

cc:
Catherine K. Connelly
Assistant United States Attorney
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414