## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of      :      Case No.  06-122m
Yahoo! Inc. Headquartered      :
701 First Avenue      :
Sunnyvale, California      :      Filed Under Seal

**FILED**

**APR 2 5 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion to Unseal, and the entire record herein,

it is this _____ day of April, 2006,

ORDERED, that the record shall be unsealed, that is, the Application, Search Warrant,

Affidavit, Return, and receipts.

_____
United States Magistrate Judge

cc:
Catherine K. Connelly
Assistant United States Attorney
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

